IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-565-RJC-DCK

| BYRON BLAIR, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| TACO BELL OF AMERICA, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by John M. Moye, concerning John R. Maley, on September 13, 2023. John R. Maley seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. John R. Maley is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 14, 2023

David C. Keesler
United States Magistrate Judge